UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CARLOS HUBERT QUISPE-ARDILES, et al.,

                  Petitioners,

v.

KRISTI NOEM, et al.,

                  Respondents.

1:25-cv-01382-MSN-WEF

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Carlos Hubert Quispe-Ardiles's Petition for Writ of Habeas Corpus (ECF 2) is GRANTED, and it is hereby

ORDERED that Petitioner Carlos Hubert Quispe-Ardiles be released from custody no later than 4:00 pm on Wednesday, October 1, 2025, with all his personal property, once the $1,500 bond set by the Immigration Judge has been posted; and it is further

ORDERED that respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are ENJOINED from rearresting Petitioner unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing; and it is further

ORDERED that Respondents file a notice with the Court confirming Petitioner's release.

The Clerk is directed to enter judgment in Mr. Quispe-Ardiles's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of the Order and accompanying Memorandum Opinion to counsel of record, and close this civil action.

/s/
Michael S. Nachmanoff
United States District Judge

October 1, 2025
Alexandria, Virginia